### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:        Joseph & Gloria Delgado        )
                Debtor(s)        )        11 B 29285
                                  )        Judge LaShonda A Hunt

### *Notice of Withdrawal of Notice of Final Cure*

Now comes Standing Chapter 13 Trustee, Marilyn O. Marshall, and hereby withdraws the Notice of Final Cure Mortgage Payment filed in this case on August 24, 2017, listed as docket entry number 79.

/s/A. Stewart Chapman
A. Stewart Chapman
for Marilyn O. Marshall

### *Certificate Of Service*

**Joseph & Gloria Delgado**
**6022 S Keeler Ave**
**Chicago IL 60629**

Wachovia Mortgage
4101 Wiseman Blvd
San Antonio TX 78251-4201

**Jason Blust LLC**
Via Clerk's ECF noticing procedures

I certify under penalty of perjury that I caused a copy of this notice be served on or mailed to the above listed persons as noted or by first class US mail, postage prepaid, on or before August 28, 2017.

/s/A. Stewart Chapman
A. Stewart Chapman
for Marilyn O. Marshall

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300